IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-02805-REB-NYW | Date: | May 27, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| REALITY TECHNOLOGY, INC., <br> IVAN DRINKS SR., <br> IVAN DRINKS JR., <br><br> **Plaintiffs,** <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> **Defendant.** | *M. Gabriel McFarland* <br><br><br><br><br><br> *Elizabeth Mary Froehlke* |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session: 2:04 p.m.

Appearance of counsel.

Discussion and argument held on Defendant's Motion to Dismiss and For Judgment on the Pleadings [33] filed on September 26, 2014.

**ORDERED:   Defendant's Motion to Dismiss and For Judgment on the Pleadings [33] is TAKEN UNDER ADVISEMENT.**

Court in Recess: 2:26 p.m.          Hearing concluded.          Total time in Court:   00:22