**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02805-REB-NYW

REALITY TECHNOLOGY, INC.;
IVAN DRINKS, SR.; and
IVAN DRINKS, JR.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Overruling Objections To and Adopting Recommendation of United States Magistrate Judge of Judge Robert E. Blackburn entered on July 30, 2015 it is

    ORDERED that Plaintiff REALITY TECHNOLOGY, INC.; IVAN DRINKS, SR.; and IVAN DRINKS, JR. Recovers nothing, the action is dismissed with prejudice, and Defendant UNITED STATES OF AMERICA, is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    ORDERED that this case is closed.

    Dated at Denver, Colorado this 30th day of July, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/   K. Finney

    K. Finney
    Deputy Clerk